# Court of Appeals
# of the State of Georgia

ATLANTA, June 07, 2021

*The Court of Appeals hereby passes the following order*

**A21I0207. WILMINGTON SAVINGS FUND SOCIETY FSB d/b/a CHRISTIANA TRUST AS TRUSTEE FOR TOORAK REPO SELLER I TRUST v. JDZ INVESTMENTS, LLC.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2019CV069986 2020CV072296



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, June 07, 2021.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen , Clerk.*